**Leonard C. WAHLENMAIER,
Petitioner,**

**v.**

**Mary E. WAHLENMAIER, Respondent.**

**No. C–7607.**

Supreme Court of Texas.

Oct. 5, 1988.

John G. Hyde, Freeman, Hyde & Martin, Midland, for petitioner

Karen M. Carr, Torres & Carr, Harper Estes and Jimmie D. Oglesby, Lynch, Chappell, Allday & Alsup, Midland, for respondent.

PER CURIAM.

This case involves a divorce action. The issue before the court of appeals was whether a guardian or next friend may obtain a divorce on behalf of a mentally incompetent person. That court held that a guardian ad litem or next friend could exercise the right of a mentally ill person to obtain a divorce. 750 S.W.2d 837 (Tex.App. —El Paso 1988). Leonard C. Wahlenmaier has asserted that the act of dissolving the marital relationship may not be exercised by a guardian or next friend.

We approve of the court of appeals holding that a guardian ad litem or next friend can exercise the right of a mentally ill person to obtain a divorce. Those cases in which the courts of appeal have held that a guardian or next friend may not exercise the right of a mentally ill person to obtain a divorce are hereby disapproved. *See Hart v. Hart,* 705 S.W.2d 332 (Tex.App.— Austin 1986, writ ref'd n.r.e.); *Dillion v. Dillion,* 274 S.W. 217 (Tex.Civ.App.— Amarillo 1925, no writ); *Skeen v. Skeen,* 190 S.W. 1118 (Tex.Civ.App.—Dallas 1916, no writ).

The application for writ of error filed by Leonard C. Wahlenmaier is denied.